No. 219.   KENTUCKY TRUST CO., EXECUTOR, *v.* GLENN, COLLECTOR OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.   *James E. Fahey* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 220.   PEREZ *v.* UNITED STATES.   Court of Customs and Patent Appeals.   Certiorari denied.   *John G. Lerch, Prew Savoy* and *David A. Golden* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Edelstein* and *John R. Benney* for the United States.

No. 225.   ANDREW JERGENS CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied. *Homer D. Crotty* and *J. Stuart Neary* for petitioner.   *Solicitor General Perlman, Robert N. Denham, David P. Findling* and *Ruth Weyand* for respondent.

No. 227.   MORGAN *v.* HORRALL, CHIEF OF POLICE. C. A. 9th Cir.   Certiorari denied.   *Joseph D. Taylor* for petitioner.   *Ray L. Chesebro* and *Bourke Jones* for respondent.

No. 228.   BROWN *v.* O'BRIEN.   Supreme Court of Illinois.   Certiorari denied.   *William R. Brown* for petitioner.   *John F. McCarthy* for respondent.

No. 231.   STANDARD DUPLICATING MACHINES CO., INC. *v.* AMERICAN BUSINESS MACHINES CORP.   C. A. 1st Cir. Certiorari denied.   *George P. Dike* and *George P. Towle, Jr.* for petitioner.   *Herbert W. Kenway* for respondent.